No. 65305.—B. Westergaard & Co., Inc. *v.* United States, protests 331022–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiff was sustained.

No. 65306.—A & A Food Products and Chas. H. Asche & Co., Inc., et al. *v.* United States, protests 59/17289, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiffs was sustained.

No. 65307.—Lummis & Company *v.* United States, protest 284758–K (Norfolk).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

MARCH 10, 1961

No. 65308.—D. Hauser, Inc. *v.* United States, protest 58/11297 (B). Protest abandoned January 31, 1961. (Not published.) (Initial No. 58/3042.) Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION

MARCH 15, 1961

No. 65309.—Hudson Shipping Co., Inc. *v.* United States, protest 59/13429 (New York).— The following memorandum accompanied the order restoring case to calendar:

MOLLISON, Judge: The protest in the above-entitled matter was received by this court on May 5, 1959, and, in accordance with the rules of the court, appeared on the regular calendar of this division on December 7, 1959. At that time, it was, at the request of counsel for the plaintiff, continued to the February 1960 term of this division for final disposition. At the call of the Feb-